IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZAHRA ABYAZNEJAD,

      Plaintiff,

v.                        Case No. 1:15cv254-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

      Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 41, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 42. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Mr. Bacharach's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) in the amended amount of $7,683.74 is **DENIED** on the merits. Plaintiff's EAJA fees of $4,083/10 (Mr. Bacharach) and $4,000.00 (Ms. Bohr) are **GRANTED** and both EAJA payments shall be disbursed in accordance with *Astrue v. Ratliff*. " The Clerk shall close the file.

SO ORDERED on December 14, 2018.

                                        s/Mark E. Walker          
                                        **Chief United States District Judge**